

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00228-CV

JOHN CHRISTIAN DIAZ AND                                    APPELLANTS
REBECCA JOY DIAZ

V.

WELLS FARGO BANK, N.A.,                                    APPELLEES
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
W R STARKE MORTGAGE, L.L.P.,
AND DAAZ PROPERTIES, LLC

------------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 342-269307-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 25, 2014, and August 5, 2014, we notified appellants in accordance with rule of appellate procedure 42.3(c) that we would dismiss this

---

[1]*See* Tex. R. App. P. 47.4.

appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellants have not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  August 27, 2014

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).